654 A.2d 467

IN THE MATTER OF PETER M. CERVANTES,
AN ATTORNEY AT LAW.

March 9, 1995.

**ORDER**

This matter having been duly presented to the Court, it is ORDERED that **PETER M. CERVANTES** of **BOSTON, MASSACHUSETTS**, who was admitted to the bar of this State in 1976, and who has been temporarily suspended from the practice of law since January 31, 1986, be restored to the practice of law, effective immediately.